ELIZABETH KELLY ET AL., RESPONDENTS, v. JOSEPH STERN, APPELLANT.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 180.

For the appellant, *Warren, Britt & Stanton.*

For the respondents, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.